IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY R. BAKER,

      Plaintiff,　　　　　　　　No. 2:12-cv-2625 JFM P

  vs.

DR. JOHN BAKER, et al.,

      Defendants.　　　　　　　<u>ORDER</u>

          /

 Plaintiff, a county inmate proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

 Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: March 19, 2013

                 _____
                 CAROLYN K. DELANEY
                 UNITED STATES MAGISTRATE JUDGE

14
bake2625.59

1